1   TODD A. ROBERTS (SBN 129722)
    DEVIN C. COURTEAU (SBN 197505)
2   ROPERS, MAJESKI, KOHN & BENTLEY
    1001 Marshall Street, Suite 500
3   Redwood City, CA  94063-2052
    Telephone:    (650) 364-8200
4   Facsimile:    (650) 780-1701
    Email:        troberts@rmkb.com
5                 dcourteau@rmkb.com

6   Attorneys for Plaintiff and Cross-Defendant
    TLC RESIDENTIAL, INC. and Cross-Defendant
7   FRANCISCO MONTERO

8                 UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                SAN FRANCISCO DIVISION

11

12  TLC RESIDENTIAL, INC.,                    CASE NO.  3:13-CV-05532-MEJ

13            Plaintiff,                      **NOTICE OF VOLUNTARY DISMISSAL
                                              PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**
14  v.

15  STACEY S. PAYNE, an individual; et al.,

16            Defendants.

17
    AND RELATED CROSS-CLAIM.
18

19

20          Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff  TLC Residential, Inc.

21  and its counsel, hereby give notice that all defendants are voluntarily dismissed with prejudice

22  from the above-entitled action.

23  Dated:  June 2, 2014                      ROPERS, MAJESKI, KOHN & BENTLEY

24
                                             By: /s/ Todd A. Roberts
25                                           _____
                                             TODD A. ROBERTS
26                                           DEVIN C. COURTEAU
                                             Attorneys for Plaintiff and Cross-Defendant
27                                           TLC RESIDENTIAL, INC. and Cross-
                                             Defendant FRANCISCO MONTERO
28

RC1/7480081.1/LD

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(A)(1)(A)(I)**

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

GRANTED

Judge Maria-Elena James